IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYMOND SAMUEL DAVENPORT, III | : | CIVIL ACTION |
| v. | : | NO. 17-1616 |
| POTTSTOWN HOSPITAL COMPANY LLC, *et al.* | : | |

## ORDER

**AND NOW**, this 14th day of December 2017, upon considering Defendant Nancy Coyne's Motion to dismiss (ECF Doc. No. 61), Plaintiff's Response (ECF Doc. No. 63) and for reasons in the accompanying Memorandum, it is **ORDERED** Nancy Coyne's Motion (ECF Doc. No. 61) is **GRANTED** and all claims against her are **DISMISSED**.

KEARNEY, J.